Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
_____ Division

| | |
|---|---|
| Dolly Assabati de Bello <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> ShieldPoint, LLC <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_  ☐ Yes   ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Dolly Assabati de Bello |
   | Street Address | 16627 Goose Ribbon Pl |
   | City and County | Wimauma, Hillsborough |
   | State and Zip Code | Florida 33598 |
   | Telephone Number | 210-975-3886 |
   | E-mail Address | dodim52@hotmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: ShieldPoint, LLC
- Job or Title *(if known)*:
- Street Address: 3909 Arctic Blvd, Suite 500
- City and County: Anchorage, Anchorage
- State and Zip Code: Alaska 99503
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Telephone Number
E-mail Address *(if known)*

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | ShieldPoint, LLC |
| Street Address | PO BOX 9051 |
| City and County | Key West, Monroe |
| State and Zip Code | Florida 33040 |
| Telephone Number | (305) 293-5559 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
Section 1981 (intentional racial discrimination and retaliation), Violation of Civil Rights

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts (specify): race, and national origin

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) Between 8/1/2020 and 03/30/2021

C. I believe that defendant(s) (check one):
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
- ☒ race — making derogatories comments against Asian, Middle Eastern, and Spanish people
- ☐ color
- ☐ gender/sex
- ☐ religion

☒ national origin — Making false allegations against me because of my national origin (Asian/Middle-Eastern) to include speaking only Arabic and Spanish; and traveling to countries under a false passport (allegations made during OPM investigation for my security clearance)

☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*

not being relieved for a restroom break after I asked for longet than 20 minutes causing to urinate myself on post (post can not be left unattended)

E. The facts of my case are as follows. Attach additional pages if needed.

see attached

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

06/08/2021

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*  9/22/2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Since I was forced to resign, I claim loss of salary
- I claim damages to my health to include anxiety, woesening of a physical condition, nervous
- Lost clearance because of my ability to continue my duties in this position
- Forced to move due to the constant humilliation cause by the discriminatory actions of my coworkers
Total claim: $ 1,000,000.00 plus all lawyers expenses

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/21/2022

Signature of Plaintiff

Printed Name of Plaintiff    Dolly Assabati de Bello

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.  For Attorneys**

Date of signing: _____

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Street Address             _____
State and Zip Code         _____
Telephone Number           _____
E-mail Address             _____

My name is Dolly Assabati de Bello. I was born in Syria and raised in Venezuela (Arabic/Hispanic). I was an employee for ShieldPoint, LLC with more than 500 employees. My position at the military facility under a government contract of this company was Security Escort and Screener and to prevent security violations from taking place.

I suffered racial discrimination from my co-workers from the first date when they found out I was born in Syria and I was told I was the enemy. This discrimination grew each time I reported a security violation, creating and fostering a hostile working environment

During my tenure, I reported several security irregularities and violations. These reports were not welcome by any of the reported employees. Even though I was doing my job, I started feeling isolation and retaliation. I was called gossip, I received verbal attacks, slurs, unwelcome jokes, negative comments, insults, unwelcome gestures, and teasing creating a working hostile environment. They diminished my dignity causing not to talk to anyone because of my accent. The discrimination came from the co-workers, Program Manager, and HR; and it got stronger as I reported more security violations. I continue enduring this situation because this military command was the only place able to work with a security clearance in Key West.

I was treated differently than the other co-workers, all of them White Americans. I didn't get lunch relieves when all others did; I was not provided company time to do my online training when all others did; my work schedule changed constantly to accommodate others and affecting my quality of life and family; one co-worker was given time to drop and pick up her daughter from school and I didn't; I was isolated from daily activities such as daily pass downs. I was ridiculed as well as being mocked because of my Spanish accent in public. My Program Manager stated that I didn't deserve a security clearance because I spoke Spanish. Physical Security Officer repeatedly made vulgar and derogatory remarks in Spanish even after asking him to stop these remarks many times. Placing derogatory notes on the company roster stating "Dolly sucks". Lastly, I asked for a restroom break and I waited for 25 minutes until I urinated my pants. I couldn't abandon my post, so I waited and I called several times for a relieve. I reported this incident to my Program Manager and the next day, many members from this military command humiliated me by asking me if I needed pampers. Now I have suffered a new violation of my rights, bullying. The working environment became very toxic, I felt totally unprotected, and as a result I felt fear for my safety and my mental and physical well-being. This was the last drop because I couldn't continue working in a such hostile environment. I talked with my primary doctor and he recommended to take time off and he issued a medical excuse to this effect.

I reported all of these discriminatory and violation of my civil rights and I felt that I can't continue anymore because of this hostile environment was intolerable and I was afraid to continue working there. This setting was affecting me physically and mentally and I was forced to resign because of this hostile environment and not having any protection from the company (ShieldPoint, LLC)

I filed charges with EEOC. I received a letter of dismissal and right to sue under Title VII based on discrimination of race, national origin and retaliation. I have been looking for a lawyer to take my case and I was informed by some of these lawyers that I couldn't pursue this endeavor because this Alaskan corporation is protected from Title VII. However, they are not protected under Section 1981. Congress passed Section 1981 as part of the Civil Rights Act 1966, it provides, in relevant part: All persons within the jurisdiction of the United States shall have the same rights in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pain, penalties, taxes, licenses, and exactions of every kind, and to not other.

Unlike Title VII, the 1981 Act allows a plaintiff to bring an action in federal court without filing a complaint through the EEOC. It also allows plaintiffs to recover compensatory and punitive damages in the event of intentional discrimination.

The hostile working environment exists when the harassment is so severe and pervasive that it alters your ability to do your job. The behavior must be more than just offensive; it must be objectively abusive. The harasser can be anyone in the workplace including a supervisor, coworker or even a customer or client that causes a decrease of your ability to perform your job. Hostile environment can suggest the same analysis as discrimination and can be alleging or pervasive conduct.

I want to reiterate that I was forced to resign because of the violations of my civil rights as a result of discrimination based on race and national origin creating a hostile working environment which was present losing control of my abilities to perform my job feeling unprotected and afraid to work there.